JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURED HOLDINGS INC. ) | CASE NO. SA CV07-0631-DOC(Ex) |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | **JUDGMENT BY COURT** |
| ) | |
| WALKABOUT RESIDENTIAL ) | |
| COMPANY LLC, ET. AL., ) | |
| ) | |
| ) | |
| Defendant(s). ) | |
| _____ ) | |

Judgment is entered as follows by the Court:

1. Judgment is for Plaintiff Secured Holdings, Inc. a Nevada corporation, against Defendants Walkabout Residential Company, LLC, a Florida limited liability company and Walkabout Golf & Country Club, LLC, a Florida limited liability company, jointly and severally.

2. Defendants must pay to Plaintiff $5,539,736.44 in damages, attorneys fees in the amount of $114,394.73 pursuant to FRCP 55 for a total judgment in the amount of $5,654,131.17.

3. Plaintiff is now owner of 100% of the membership interest in the entities of

1  Walkabout Residential Company, LLC and Walkabout Golf &Country Club, LLC, and entitled
2  to any and all incident and benefit of ownership including the collection of rents on real
3  property, accounts receivables, bank accounts or deposit accounts of any type whatsoever
4  including ownership of certain real property in Mims, Florida known as the Walkabout P.U.D.
5  and more particularly described in Exhibit A attached hereto.
6
7
8  DATED: December 19, 2008                      _____/s/ David O. Carter_____
                                                         DAVID O. CARTER
9                                                       United States District Judge


Case 8:07-cv-00631-DOC-E   Document 66   Filed 12/19/08   Page 3 of 3   Page ID #:290

**LEGAL DESCRIPTION**

All of the property lying within the PLAT OF WALKABOUT P.U.D., as shown on Plat Book 49, Page 27, as recorded in the Public Records of Brevard County, Florida, LESS and EXCEPT Tract G as shown on said Plat.

**TOGETHER WITH**

All that part of the SW 1/4 of the SE 1/4 of Section 36, Township 20 South, Range 34 East, lying West of the Westerly right of way line of the Florida East Coast Railway.

**AND**

The NW 1/4 of the NE 1/4 Section 1, Township 21 South, Range 34 East, all lying in BREVARD County, Florida.

# EXHIBIT A